BSG: USAO 2009R00149

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT-09-083 |
| | * | |
| JOHN DOE #17, | * | (Transportation of Child Pornography in |
| (A White Male, Approximately | * | Interstate and Foreign Commerce by |
| 210-250 pounds, with Curly Brown Hair, | * | Means of Computer, 18 U.S.C. |
| Whose Images Appear Herein), | * | §§ 2252A(a)(1) & 2256(8); Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, |
| Defendant | * | 18 U.S.C. § 2253(a)(3)) |
| | * | |
| | * | |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about May 5, 2007, in the District of Maryland, and elsewhere, the defendant,

## JOHN DOE # 17,

  

a white male, approximately 210-250 pounds, with curly brown hair, who appears in the attached

images, incorporated by reference herein as defendant, did knowingly transport and ship in interstate

and foreign commerce, specifically by means of a computer, child pornography as defined in Title

18 U.S.C. § 2256(8), to-wit: a video file entitled "DV Out Tear - 02[177432] " and a video file entitled "DV Out Tear - Pv 02[1772651" ~~or~~ which contain visual depictions of a pre-pubescent female posed nude and exposing her genitalia.

18 U.S.C. §§ 2252A(a)(1) & 2256(8)
18 U.S.C. § 2

2

## FORFEITURE ALLEGATION

As a result of the offense set forth in Count One, the defendant,

**JOHN DOE # 17,**

shall forfeit to the United States, any property, real or personal, used or intended to be used in any

manner to commit and to promote the commission of the aforementioned violation.

18 U.S.C. § 2253(a)(3)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date:   February _19_, 2009

3